**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:12-cv-832-JRG-RSP |
| SPRINT NEXTEL CORPORATION, | § § | (Lead Case) |
| Defendant. | § § § | |

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-cv-259-JRG-RSP |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-cv-258-JRG-RSP |
| APPLE INC., | § § § | |
| Defendant. | § § § | |

1

## ORDER

Before the Court are the following Motions:

- MTEL's Emergency Motion to Compel Samsung to Comply with its Discovery Obligations (Dkt. 133, previously heard by the Court and is included in this order to the extent is has not already been resolved by the parties)

- MTEL's Opposed Motion for Leave to File Amended Infringement Contentions (Dkt. 145)

- MTEL's Opposed Motion for Extension of Time to Complete Discovery and Submission of Expert Witness Reports (Dkt. 146)

- MTEL's Motion to Expedite MTEL's Motion for an Extension of Fact Discovery and Submission of Expert Witness Reports (Dkt. 148)

- MTEL's Supplemental Motion and Supplement to MTel's Reply in Support of its Motion to Shorten Time (Dkt. 155)

The parties are hereby ORDERED to meet and confer, in person, on the substance of these Motions in view of the Court's recent orders no later than 14 days from the date of this order. If no agreement is reached, the parties should immediately notify the Court for the purposes of setting a hearing.

**SIGNED this 6th day of May, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE