**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:12-cv-832-JRG-RSP (Lead Case) |
| SPRINT NEXTEL CORPORATION, | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-cv-259-JRG-RSP |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-cv-258-JRG-RSP |
| APPLE INC., | § § § | |
| Defendant. | § § | |

## **ORDER**

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on August 25, 2014 (Dkt. No. 229) recommending denial of Apple's Motion to Dismiss Mobile Telecommunications Technologies ("MTEL") Amended Claims for Willful Infringement

(Dkt. No. 51, the "Motion"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Motion is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE