UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:12-cv-00832-JRG-RSP |
| v. | § § | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | § § § § | |
| Defendant. | § | |

**ORDER GRANTING
UNOPPOSED MOTION FOR LEAVE TO EXTEND RESPONSE DEADLINE**

On this day, the Court considered Plaintiff Mobile Telecommunications Technologies, LLC's Unopposed Motion for Leave to Extend Response Deadline, and, finding that the motion has merit, hereby

ORDERS that Plaintiff Mobile Telecommunications Technologies, LLC's Unopposed Motion for Leave to Extend Response Deadline is GRANTED, and further

ORDERS that the deadline for Plaintiff Mobile Telecommunications Technologies, LLC to respond to Defendant Samsung Telecommunications America, LLC's Motion for Summary Judgment of Non-Infringement [Dkt. No. 258] is Wednesday, October 22, 2014.

**SIGNED this 29th day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE